IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JOHN TRACY JOSEY, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 7:11-CV-103-O-BL |
| | ) | |
| DIRECTOR, North Texas State Hospital, | ) | |
|     Respondent. | ) | |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is DISMISSED without prejudice.

The Clerk of Court shall transmit a copy of this order to Petitioner at his last known address.

SO ORDERED this 30th day of May, 2012.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**